**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

July 24, 2014

Hon. Sid Arismendez
Attorney at Law
410 N. St. Mary's St., Suite 7
Beeville, TX 78102
* DELIVERED VIA E-MAIL *

Hon. Carly Wall
Attorney at Law
P.O. Box 9
Port Lavaca, TX 77979
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00112-CV
Tr.Ct.No. 12-6-1632
Style:    Gloria Rodriguez v. Jose Manuel Rodriguez, Sr.

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    24th District Court
       Hon. Pamela Martin Hartgrove, Calhoun County District Clerk